**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

Order Filed on June 4, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ethan C Barshay *aka* EB Design Works,

Debtor.

Case No. 19-27162-SLM

Chapter 13

Hearing:

Judge: Stacey L. Meisel

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 4, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page | 2
Debtor: Ethan C Barshay *aka* EB Design Works
Case No: 19-27162-SLM
Caption: Order Resolving Creditor's Certification of Default

___

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor") |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Bruce H. Levitt, Esq. |
| Property Involved ("Collateral"): | 36 Westview Road, Verona, NJ 07044 |

Relief sought:

- ✓ Motion for Relief
-   Motion to dismiss
-   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion for Relief is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 3 months from 03/01/2021 through 05/01/2021.
   - The Debtor is due for 3 months (03/01/2021 through 05/01/2021) in the amount of $2,121.11 per month.
   - Debtor has a suspense balance of $44.82.

   Total Arrearages Due $6,318.51.

2. Debtor must cure all post-petition arrearages, as follows:

   - Lump sum payment of $6,318.51 should be made so that it is received by Secured Creditor no later than 06/18/2021.
   - Regular monthly payments resume on 06/01/2021 in the amount of $2,121.11 and are subject to change.

**Page | 3**
Debtor: Ethan C Barshay *aka* EB Design Works
Case No: 19-27162-SLM
Caption: Order Resolving Creditor's Certification of Default

___

3. Payments to the Secured Creditor shall be made to the following address:

    Shellpoint Mortgage Servicing
    PO Box 740039
    Cincinnati, OH 45274-0039

4. In the event of Default:

If the Debtor fails to make the immediate payment specified above when due or fails to make any regular monthly payment or any additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5. Award of Attorneys' Fees:

✓ The Applicant is awarded attorney's fees of $<u>200.00</u>, and costs of $<u>0.00</u>. The fees and costs are payable through the Chapter 13 plan.